UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Klaryssa Renee Perkins, *et al.*,

    Plaintiffs,

v.

Kyle Rettell, *et al.*,

    Defendants.

_____/

Case No. 16cv11335

Judith E. Levy
United States District Judge

Mag. Judge Patricia T. Morris

**ORDER DISMISSING DEFENDANT JOHNSON FOR FAILURE TO PROSECUTE**

Federal Rule of Civil Procedure 4(m) requires the Court to dismiss an action without prejudice against a defendant if that defendant has not been served within 90 days after the complaint is filed and plaintiff fails to show good cause. Plaintiff's counsel answered the Court's order to show cause with vague statements that do not amount to good cause (Dkt. 11), and in follow-up to the Court acknowledged that there is no good cause for the failure to serve defendant Tiffany Anne Johnson within the timeframe allowed by the Federal Rules.

Therefore, defendant Tiffany Anne Johnson is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: August 30, 2016  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
 United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 30, 2016.

 s/Kelly Winslow for
 FELICIA M. MOSES
 Case Manager